

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Contech Contractors, Inc., Appellant

No. 06-25-00011-CV      v.

Barton Roofing & Construction, L.L.C. and
Charles Tyler Barton d/b/a Barton Roofing,
Appellees

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No.
23C0903-CCL). Panel consists of Chief
Justice Stevens and Justices van Cleef and
Rambin. Memorandum Opinion delivered
by Chief Justice Stevens.

       As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal should be granted. We, therefore, dismiss the appeal.

       We further order that all costs of this appeal be assessed to the party incurring the same.

RENDERED MAY 15, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk